# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **DAVID TODD JAEDER**<br>**AKA DAVID T. JAEDER**<br>**AKA DAVID JAEDER**<br>**AKA D. T. JAEDER**<br><br>　　　　Debtor(s)<br><br>**CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>　　　　Movant(s)<br>　vs.<br><br>**DAVID TODD JAEDER**<br>**AKA DAVID T. JAEDER**<br>**AKA DAVID JAEDER**<br>　　　　Respondent(s) | Chapter:　　13<br><br>Case Number:　　08-50233 RNO |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

_____
Robert N. Opel, II, Bankruptcy Judge
(BC)

*This document is electronically signed and filed on the same date.*

Dated: June 3, 2009