# Notice Recipients

District/Off: 0314–5     User: REshelman     Date Created: 6/3/2009
Case: 5:08–bk–50233–RNO     Form ID: pdf001     Total: 44

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     DEUTSCHE BANK NATIONAL TRUST COMPANY F/K/A BANKERS TRUST COMPANY OF CALIFORNIA, NA AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION LONG BEACH HOME EQUITY LOAN TRUST 2000–LB1
cr     Deutsche Bank National Trust Company Et Al...
                                                                         TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Charles J. DeHart, III (Trustee)     dehartstaff@pamd13trustee.com
cr     Monroe County Tax Claim Bureau     mknitter@co.monroe.pa.us
aty     Ann E. Swartz     aswartz@goldbecklaw.com
aty     D Brian Simpson     USAPAM.Bankr–WilkesBarre@usdoj.gov
aty     D Brian Simpson     usapam.bankr–harrisburg@usdoj.gov
aty     J. Zac Christman     jchristman@newmanwilliams.com
aty     Vincent Rubino     VRubino@newmanwilliams.com
                                                                          TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     David Todd Jaeder     81 Sycamore Drive     East Stroudsburg, PA 18301
cr     Washington Mutual Bank     Moss Codilis, LLp @ WaMu     7255 Baymeadows Way     Mail Stop: JAXA2035     Jacksonville, FL 32256
cr     Internal Revenue Service     P.O. BOX 12051     PHILADELPHIA, PA 19105
cr     JPMorgan Chase Bank, National Association     Moss Codilis, LLp @ WaMu     7255 Baymeadows Way     Mail Stop: JAXB2007     JACKSONVILLE, Fl 32256
2928846     AmeriCredit     PO Box 78143     Phoenix, AZ 85062–8143
2928847     Aspire     % Midland Credit Management     8875 Aero Dr Suite 200     San Diego, CA 92123
2942541     DEPARTMENT OF THE TREASURY     INTENAL REVENUE SERVICE     600 ARCH STREET ROOM 5200     PHILADELPHIA,PA.19106
2928848     Danone of North America     % CBA Collection Bureau     25954 Eden Landing Rd     Hayward, CA 94545
2928851     Deutsche Bank     % Joseph A Goldbeck Jr Esq     Mellon Bank Center     701 Market Street     Phila., PA 19106–1532
2928849     Deutsche Bank     9451 Corbin Avenue     Northridge, CA 91324
2928850     Internal Revenue Service     Centralized Insolvency Ops     PO Box 21126     Phila., PA 19114–0326
3132245     JPMorgan Chase Bank, National Association     Mail Stop: JAXB2007     7255 Baymeadows Way     Jacksonville, FL 32256
3132246     JPMorgan Chase Bank, National Association     Mail Stop: JAXB2007     7255 Baymeadows Way     Jacksonville, FL 32256
2928852     MtBank     % Mercantile Adjustment Bur     PO Box 9016     Williamsville, NY 14231–9016
2954893     Monroe County Tax Claim Bureau     1 Quaker Plaza, Room 104     Stroudsburg, PA 18360
2928853     NY State Dept of Labor     Unemployment Insurance Div     PO Box 611     Albany, NY 12201–0611
2953600     Pennsylvania Department of Revenue     Bankruptcy Division PO Box 280946     Harrisburg, Pa. 17128–0946
2928855     Pocono Emerg Physicians     % NCO Financial Systems     PO Box 41466     Phila., PA 19101
2928854     Pocono Emerg Physicians     PO Box 8510     Phila., PA 19101–8510
2928858     Pocono Medical Center     % National Recovery Agency     2491 Paxton Street     Harrisburg, PA 17111
2928857     Pocono Medical Center     % Powell Rogers &Speaks     PO Box 930     Halifax, PA 17032–0930
2928856     Pocono Medical Center     % Trans Continental Credit     PO Box 5055     White Plains, NY 10602–5055
3018834     Roundup Funding, LLC     MS 550     PO Box 91121     Seattle, WA 98111–9221
2928859     St Vincents Midtown Hospital     % Financial Medical Systems     PO Box 6010     Hauppauge, NY 11788
2928860     St Vincents Midtown Phys     PO Box 33236     Hartford, CT 06150–3236
2928861     Superior Bank     % Civil Court City NY Bronx     851 Grand Concourse SPRM     Bronx, NY 10451
2928862     Toys R Us Inc     1 Geoffrey Way     Dept T5CKS     Wayne, NJ 07470–2035
2928863     Washington Mutual     7800 N 113th St     Milwaukee, WI 53224–3136
2928864     Washington Mutual     PO Box 3139     Milwaukee, WI 53201–3139
2928865     Washington Mutual Bank     19850 Plummer Street     Chatsworth, CA 91311
2963316     Washington Mutual Bank     Mail Stop: JAXA2035     7255 Baymeadows Way     Jacksonville, FL 32256
2963317     Washington Mutual Bank     Mail Stop: JAXA2035     7255 Baymeadows Way     Jacksonville, FL 32256
2928866     Washington Mutual FA     PO Box 1093     Northridge, CA 91328
2928867     Wolpoff &Abramson LLP     4660 Trindle Rd     Suite 300     Camp Hill, PA 17011
                                                                          TOTAL: 34