IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**David Todd Jaeder**
**aka David T. Jaeder**
**aka David Jaeder**
**aka D. T. Jaeder**

\* Debtor(s)

Chapter: 13

Case Number: **08-50233 RNO**

Document No.: **81**

# ORDER VACATING

**IT IS HEREBY ORDERED** that the Order Granting Motion To Modify Plan entered on August 3, 2009 was entered erroneously and therefore is vacated.

*Robert N. Opel, II, Bankruptcy Judge*
*This document is electronically signed and filed on the same date.* (BI)

Dated: August 4, 2009

MDPA-ORDVACATE.WPT-REV 11/04